**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
RICHMOND Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Verna B Christopher** ) | Case No. **17-30633-KRH** |
| Debtor ) | Chapter 13 |
| ) | |
| ) | |

### ORDER DISALLOWING CLAIM

This matter came before the Court on the Debtor's Objection to claim pursuant to Local Rule 3007-1 to Claim Number 18 of Selene Finance LP (the "Claimant") filed on November 07,2017 in the amount of $385,569.18.

Notice of the objection and an opportunity for hearing thereon was provided pursuant to Local Rule 3007-1. Neither the Claimant nor any other party in interest filed any opposition or other to response to said objection, and it appears to the Court that the objection is due to be sustained on grounds alleged therein. IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED** that the objection is **SUSTAINED** and Claim Number 18 filed by the Claimant is therefore **DISALLOWED**.

The Clerk of Court is directed to send a copy of the Order to the necessary parties as set forth on this service list.

ENTERED: Feb 7 2018 ____/____/_____

By: /s/ Kevin R Huennekens
Judge

Entered on Docket: Feb 8 2018

I Ask For This:

/s/ Joseph S. Massie, III
Joseph S. Massie, III, Esquire (Bar No. 35472)
MASSIE LAW FIRM, PC
115 N 1st Street Ste 100
Richmond, Virginia 23219
804-644-4878
804-644-4874 - Fax

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Order was served to all necessary parties.

January 30, 2018                                    By: /s/ Joseph S. Massie, III
                                                                    Joseph S. Massie, III

**Verna B Christopher**
1900 Mountain Gate Pl
Glen Allen, VA 23060

*Trustee*
**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218
(804) 237-6800

MTGLQ Investors, LP
**Selene Finance LP**
9990 Richmond Ave, Ste 400s
Houston, Tx 77042