323 Fifth Street, P O Box 35, Eureka, CA 95501



## REINSTATEMENT LETTER

| | | | |
|---|---|---|---|
| **To:** | Katie Greene | **From:** | PAYOFF DEPARTMENT |
| | | **Pages:** | |
| **Fax:** | | **Date:** | 12/20/18 |
| **Re:** | Christopher | **CC:** | |

**Good Thru 01/20/2019**

| | | | |
|---|---|---|---|
| 9 | PAYMENTS DUE 05/01/18 thru 01/01/19 | $1,601.74 | 14,415.66 *** |
| | LATE CHARGES | | 195.66 |
| | PRIOR SERVICER CORPORATE ADVANCE | | 27.00 |
| | FUNDS OWED BY BORROWER | Escrow | 642.01 |
| | FUNDS OWED TO BORROWER | Unapplied | -1,034.00 |
| | **REINSTATEMENT TOTAL** | | **$14,246.33** |

***Payments include escrow constant

The following figures are subject to final verification by the note holder.  The mortgagee reserves the right to withhold the issuance of the satisfaction of mortgage until all funds due are received by our office.

**PAY OFF INSTRUCTIONS/INFORMATION:**
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received after 12:00 noon will be processed on the next business day and interest will be charged through that date.
- All pay off figures are subject to clearance of funds in transit.  The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to: Tiki Series III Trust**

**Mailing Address:**  
SN Servicing Corporation  
Tiki Series III Trust  
PO BOX 660820  
Dallas, TX 75266

**Express Mail Address:**  
Bank of Texas  
c/o Remittance Services, Dept 41548  
2250 W State Hwy 114  
Grapevine, TX 76051

**Wiring Instructions:**           **Investor Name:  Tiki Series III Trust**